**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**

AXEL RAUL ZAMARRON,

      Plaintiff,

v.                                     Civ. No. 21-919 RB/GJF

HERMANN MADRID, *et al.,*

      Defendants.

## ORDER GRANTING LEAVE TO AMEND

THIS MATTER is before the Court on Plaintiff's "Motion for/to Add Defendant(s) to Case" [ECF 13] ("Motion"). In the Motion, Plaintiff seeks to add several previously unnamed Defendants and allegations pertaining to their conduct to his Complaint [ECF 1]. The Court construes the Motion as a motion to amend the complaint, arising under Rule 15(a)(2) of the Federal Rules of Civil Procedure. Leave to amend under Rule 15(a)(2) should be freely given when justice so requires. Consequently, the Court finds that Plaintiff should be allowed to amend his complaint accordingly.

**IT IS THEREFORE ORDERED** that:

(1) the relief requested in the Motion [ECF 13] is **GRANTED**; and

(2) Plaintiff shall have **thirty (30) days** from the entry of this order to file an amended complaint.

**SO ORDERED.**

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE