IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AXEL RAUL ZAMARRON,

    Plaintiff,

v.   No. 1:21-cv-0919 RB/GJF

HERMAN MADRID, SIMON RAMIREZ, MARY GALLEGOS, ROBIN BOURNE, OSCAR CHACON, GEORGE GARCIA, CHRIS ROMERO, JR., and DAVID VERRETT,

    Defendants.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

THIS MATTER is before the Court on United States Magistrate Judge Gregory J. Fouratt's Proposed Findings and Recommended Disposition (PFRD) filed December 11, 2025. (Doc. 91.) Judge Fouratt considered Plaintiff's Motion to Amend (Doc. 85) and Defendants Oscar Chacon and Herman Madrid's Motion to Dismiss (Doc. 86). Having considered Plaintiff's proposed Third Amended Complaint and analyzed the parties' arguments on the Motion to Dismiss, Judge Fouratt recommends granting the Motion to Amend and denying the Motion to Dismiss. (*See* Doc. 91 at 9.)

The PFRD notified the parties of their ability to file objections no later than 14 days after the PFRD was filed. (*Id.*) As no party filed objections within the time allowed, the Court concludes that appellate review has been waived.

**IT IS THEREFORE ORDERED** that the PFRD (Doc. 91) is **ADOPTED**;

**IT IS FURTHER ORDERED** that Zamarron's Motion to Amend (Doc. 85) is **GRANTED**.

**IT IS FURTHER ORDERED** that the Court will accept Document 85-1 as the operative complaint.

2

**IT IS FURTHER ORDERED** that Defendants' Motion to Dismiss Plaintiff's Third Amended Complaint (Doc. 86) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants shall file an answer no later than 21 days following entry of this Order.

**IT IS SO ORDERED.**

_____
ROBERT C. BRACK
SENIOR U.S. DISTRICT JUDGE